| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Anastasia Pearson, et al.<br>        Plaintiffs,<br><br>v.<br><br>Kia America, Inc., et al.<br>        Defendants, | Court File Number<br>0:22-cv-02882-SRN-TNL<br><br>**AFFIDAVIT OF SERVICE** |

State of Michigan } SS
County of Wayne

I, __MIGUEL D BRUCE__, state that on
   (Name of Server)

__11__ / __15__ /2022 at __1__ : __54__ __P__ M, I served the:
(Date of Service)    (Time of Service)

Summons & Complaint

upon: Hyundai America Technical Center, Inc.

therein named, personally at:    6800 Geddes Rd.
                                   Superior Township, MI 48198

by handing to and leaving with:

[X]  the Registered Agent of Hyundai America Technical Center, Inc.
[ ]  an Officer of Hyundai America Technical Center, Inc.
[ ]  a Managing Agent, someone within Hyundai America Technical Center, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

__BRIAN LOCKE__          __ATTORNEY__
(Name of the Person with whom the documents were left)     (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __11__ / __15__ /2022     _____
                                     (Signature of Server)

                                     __MIGUEL D BRUCE__
                                    (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 276495 1135

Re: 6273-001

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com