

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Anastasia Pearson, et al.
    Plaintiffs,

v.

Kia America, Inc., et al.
    Defendants,

Court File Number
0:22-cv-02882-SRN-TNL

**AFFIDAVIT OF SERVICE**

State of California } SS
County of Orange

I, **V. Enrique Mendez**, state that on
(Name of Server)

**11** / **15** /2022 at **12** : **45** **P** M, I served the:
(Date of Service)  (Time of Service)

  Summons & Complaint

upon: Hyundai Motor

therein named, personally at: CT Corporation System
            Ste 700
            330 N. Brand Blvd.
            Glendale, CA 91203

by handing to and leaving with:

**Daisy Montenegro** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for Hyundai Motor, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **11** / **15** /2022    _____
                  (Signature of Server)

                V. Enrique Mendez
               (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 276494 1134

Re: 6273-001



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com