UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANASTASIA PEARSON and JAYSON MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC,<br><br>Defendants. | Case No. 0:22-cv-02882<br><br>Hon. John R. Tunheim |

**JOINT STIPULATION TO EXTEND TIME**

Plaintiffs Anastasia Pearson and Jayson McGuire (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel, hereby agree to the following with reference to the following facts:

1. Plaintiffs filed their complaint on or around November 11, 2022. The complaint was served on Defendant Hyundai Motor America ("Hyundai") on or around November 15, 2022, and Hyundai's current deadline to respond to the complaint is December 6, 2022. The complaint was served on Defendant Hyundai America Technical Center, Inc. ("HATCI") on or around November 15, 2022, and HATCI's current deadline to respond to the complaint is December 6, 2022.

2. On or around August 31, 2022, plaintiffs in an action entitled *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal. Aug. 19, 2022), moved the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") for an order transferring and consolidating certain related actions, including this action ("Related Actions"). That motion is currently pending before the

Panel in MDL No. 3052. On December 1, 2022, the Panel held a hearing on that motion. The Parties anticipate that the Panel will make a decision on that motion soon.

3. As of the date of this filing, there are approximately forty-eight (48) Related Actions pending in twenty-two (22) district courts across the United States: the Central District of California, the District of Colorado, the Middle District of Florida, the Northern District of Georgia, the Northern District of Illinois, the Northern District of Indiana, the Southern District of Iowa, the District of Kansas, the Eastern District of Kentucky, the Eastern District of Louisiana, the Eastern District of Michigan, the District of Minnesota, the Western District of Missouri, the District of Nebraska, the Southern District of New York, the Northern District of Ohio, the Southern District of Ohio, the Eastern District of Pennsylvania, the District of South Carolina, the Western District of Tennessee, the Southern District of Texas, and the Eastern District of Wisconsin. All parties agree that the Related Actions should be centralized.

4. As of the date of this filing, approximately thirty-seven (37) Related Actions in the Central District of California, the District of Colorado, the Middle District of Florida, the Northern District of Illinois, the Southern District of Iowa, the District of Kansas, the Eastern District of Kentucky, the Eastern District of Louisiana, the Eastern District of Michigan, the District of Minnesota, the Western District of Missouri, the District of Nebraska, the Southern District of New York, the Northern District of Ohio, the Southern District of Ohio, the Western District of Tennessee, and the Southern District of Texas have extended the time for Defendants to respond to December 20, 2022.

5. In light of the foregoing, including given the pending motion to transfer, the Parties have agreed to set Defendants' deadline to file a responsive pleading as December 20, 2022. The Parties have agreed that this timing is reasonable, serves the interest of judicial economy, would reduce fees and costs to the Parties, and would reduce the burden on the Court and its staff.

NOW, THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Defendants' deadline to file their responsive pleadings shall be and is December 20, 2022.

IT IS SO STIPULATED AND AGREED.

Dated: December 5, 2022

Respectfully submitted,

*/s/David A. Goodwin*
Daniel E. Gustafson (MN Bar No. 202241)
David A. Goodwin (MN Bar No. 0386715)
Kaitlyn L. Dennis (MN Bar No. 0397433)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

Patrick W. Michenfelder (MN Bar No. 024207X)
Chad A. Throndset (MN Bar No. 0261191)
Jason D. Gustafson (MN Bar No. 0403297)
THRONDSET MICHENFELDER
Cornerstone Building
One Central Avenue West, Suite 101
St. Michael, MN 55376
Telephone: (763) 515-6110
Facsimile: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com
jason@throndsetlaw.com

Simon B. Paris (*pro hac vice*)
Patrick Howard (*pro hac vice*)
SALTZ MONGELUZZI & BENDESKY, PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3895
sparis@smbb.com
phoward@smbb.com

*Attorneys for Plaintiffs*

Dated: December 5, 2022          Respectfully submitted,

*/s/Paul J. Brennan*
Jenny Gassman-Pines (MN Bar No. 0386511)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
Telephone: (612) 373-0830
Facsimile: (612) 373-0929
jgassman-pines@greeneespel.com

Peter J. Brennan (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: (213) 239-5100
Fax: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants*