# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANASTASIA PEARSON and JAYSON MCGUIRE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC,<br><br>        Defendants. | Case No. 0:22-cv-02882<br><br>Hon. John R. Tunheim |

## [PROPOSED] ORDER

The Court, having duly considered the Joint Stipulation to Extend Time, hereby ORDERS that Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.'s deadline to file their responsive pleadings shall be and is December 20, 2022.

IT IS SO ORDERED.

Dated: _____, 2022

_____
The Honorable John R. Tunheim
United States District Judge