| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Anastasia Pearson, et al.<br>        Plaintiffs,<br>v.<br>Kia America, Inc., et al.<br>        Defendants, | Court File Number<br>0:22-cv-02882-SRN-TNL<br><br>AFFIDAVIT OF SERVICE |

State of New York ) SS
County of New York )

I, Robert Mills #1004298, state that on Tuesday, November 15, 2022 at 2:01 PM I served the Summons & Complaint upon Kia America, Inc., therein named, personally at CT Corporation System, 28 Liberty Street, New York, NY 10005, by handing to and leaving with Carlos Bobe, Service of Process Specialist at CT Corporation System, the Registered Agent for Kia America, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 12 / 7 /2022          Robert Mills #1004298

STATE OF NEW YORK )
       S.S.:
COUNTY OF NEW YORK )

Sworn to before me this 7th day of December, 2022

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 276493 1133

Re: 6273-001



Metro Legal
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com