# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANASTASIA PEARSON and JAYSON MCGUIRE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC, <br><br> Defendants. | Case No. 0:22-cv-02882 <br><br> Hon. John R. Tunheim <br><br> Mag. John F. Docherty |

## **[PROPOSED] ORDER**

Before the Court is the Stipulation filed by Plaintiffs Anastasia Pearson and Jayson McGuire and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. Good cause appearing therefor, the Court APPROVES the Stipulation and STAYS all deadlines, including all pleading deadlines, in the instant action.

IT IS SO ORDERED.

Dated: _____, 2022

_____
The Honorable John F. Docherty
Magistrate Judge